**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: JILLIAN N. LARSEN | § § § § § | Case No. 07-71047 |
| Debtors | | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2007.

2) The plan was confirmed on 07/27/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/03/2007, 11/03/2008.

5) The case was dismissed on 03/13/2009.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,300.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 3,247.50 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | **$ 3,247.50** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,177.08 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 244.59 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$ 1,421.67** |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 2,700.00 | 2,700.00 | 2,700.00 | 1,177.08 | 0.00 |
| KISHWAUKEE AUTO CORRAL | Sec | 8,480.78 | 8,480.78 | 8,480.78 | 1,825.83 | 0.00 |
| KISHWAUKEE AUTO CORRAL | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A.C.A RECOVERY | Uns | 546.70 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES, | Uns | 54.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE CASH EXPRESS | Uns | 430.97 | NA | NA | 0.00 | 0.00 |
| AFFILIATED CREDIT SERVICES | Uns | 206.31 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 63.93 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ASSET MANAGEMENT | Uns | 659.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK, N.A. | Uns | 323.79 | NA | NA | 0.00 | 0.00 |
| BAKER, MILLER, MARKOFF & | Uns | 505.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 238.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 198.34 | 93.63 | 93.63 | 0.00 | 0.00 |
| CHILD CARE SOLUTIONS | Uns | 196.80 | NA | NA | 0.00 | 0.00 |
| CHRISTIAN LEARNING CENTER | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION COMPANY OF | Uns | 104.00 | NA | NA | 0.00 | 0.00 |
| COMED CO | Uns | 757.15 | 353.27 | 353.27 | 0.00 | 0.00 |
| CONSOLIDATED PUBLIC SERVICES | Uns | 20.88 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COTTONWOOD FINANCIAL LTD | Uns | 776.37 | NA | NA | 0.00 | 0.00 |
| CRA SECURITY SYSTEMS | Uns | 520.37 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION | Uns | 185.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SOLUTIONS CORP. | Uns | 767.00 | NA | NA | 0.00 | 0.00 |
| CREDIT INTERNATIONAL | Uns | 309.74 | 309.74 | 309.74 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 340.38 | 216.48 | 216.48 | 0.00 | 0.00 |
| DOUBLEDAY BOOK CLUB | Uns | 86.64 | NA | NA | 0.00 | 0.00 |
| ENCORE RECEIVABLE | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| FIRST AVENUE AUTO | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| FRIEDMAN & WEXLER | Uns | 823.18 | NA | NA | 0.00 | 0.00 |
| GEORGANNE LAFONTAINE | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| HANSEN & HANSEN, DDS | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 485.13 | NA | NA | 0.00 | 0.00 |
| HHM PROFESSIONAL BILLING | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Uns | 767.00 | NA | NA | 0.00 | 0.00 |
| IL. DEPT. OF EMPLOYMENT | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| INSIGHT COMMUNICATIONS | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| J.C. PENNEY | Uns | 224.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 365.67 | 238.95 | 238.95 | 0.00 | 0.00 |
| MID-NORTHERN MANAGEMENT | Uns | 977.50 | NA | NA | 0.00 | 0.00 |
| MIDWEST MONEY EXCHANGE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 605.00 | 359.99 | 359.99 | 0.00 | 0.00 |
| NATIONWIDE RECOVERY SERVICE, | Uns | 126.60 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,116.25 | 574.84 | 574.84 | 0.00 | 0.00 |
| OMNIUM WORLDWIDE, INC. | Uns | 131.73 | NA | NA | 0.00 | 0.00 |
| REBOUND PHYSICAL THERAPY | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| RETRIEVAL MASTERS CREDITORS | Uns | 49.23 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,019.00 | 1,019.35 | 1,019.35 | 0.00 | 0.00 |
| SALLIEMAE LOAN SERVICING | Uns | 3,626.98 | NA | NA | 0.00 | 0.00 |
| SBC | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| SCHNUCKS MARKETS INC. | Uns | 371.50 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 305.00 | 310.00 | 310.00 | 0.00 | 0.00 |
| SHOPKO STORES, INC. | Uns | 520.37 | NA | NA | 0.00 | 0.00 |
| TARGET CORPORATION | Uns | 206.31 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UW HEALTH | Uns | 344.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Uns | 185.92 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN ER | Uns | 0.00 | 123.90 | 123.90 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 359.99 | 0.00 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 0.00 | 1,994.16 | 1,994.16 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

Case 07-71047    Doc 40    Filed 04/27/09    Entered 04/27/09 09:10:47    Desc Main
                    Document      Page 5 of 6

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Summary of Disbursements to Creditors:** | | | |
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 8,480.78 | $ 1,825.83 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 8,480.78 | $ 1,825.83 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 5,594.31 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,421.67 |
| Disbursements to Creditors | $ 1,825.83 |
| **TOTAL DISBURSEMENTS:** | $ 3,247.50 |

UST Form 101-13-FR-S (4/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date:  04/21/2009            By:  /s/ Lydia S. Meyer
                                                          Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.